1  ROGERS JOSEPH O'DONNELL
   Patricia A. Meagher (State Bar No. 113219)
2  pmeagher@rjo.com
   311 California Street
3  San Francisco, California 94104
   Telephone:  415.956.2828
4  Facsimile:  415.956.6457

5  Attorneys for Defendant and Counterclaimant
   K.O.O. CONSTRUCTION, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA FOR | Case No. 3:15-cv-02049-JAH-WVG
12 | USE AND BENEFIT OF HUDSON P.
   | DAVIS, INC. d/b/a DAVIS | **DEFENDANT K.O.O. CONSTRUCTION,**
13 | MECHANICAL, a California corporation, | **INC.'S COUNTERCLAIM AGAINST**
   | | **HUDSON P. DAVIS, INC. dba DAVIS**
14 |                    Plaintiff, | **MECHANICAL**

15 |         vs. | Jury Trial Demanded

16 | K.O.O. CONSTRUCTION INC., a
17 | California corporation; TRAVELERS
   | CASUALTY AND SURETY COMPANY
18 | OF AMERICA; and DOES 1 through 20,
19 | inclusive,

20 |                    Defendants.

21 | K.O.O. CONSTRUCTION, INC., a
   | California corporation;
22
   |              Counterclaimant,
23
   |         v.
24
   | HUDSON P. DAVIS, INC. d/b/a DAVIS
25 | MECHANICAL, a California corporation
   | and DOES 1-10, inclusive,
26
   |              Counterdefendants.
27

28

Page 1

Defendant K.O.O. Construction, Inc.'s Counterclaim Against Hudson P. Davis, Inc. dba Davis Mechanical
Case No. 3:15-cv-02049-JAH-WVG

368445.1

Defendant and Counterclaimant K.O.O. CONSTRUCTION, INC. ("KOO") Defendant") hereby files this Counterclaim pursuant to F.R.C.P. 13(a) against HUDSON P. DAVIS, INC. d/b/a DAVIS MECHANICAL ("Davis") as follows.

1.     This court has supplemental jurisdiction over this Counterclaim under 28 U.S.C. § 1367(a) in that the claims herein are so related to claims brought by Davis in the action that they form part of the same case or controversy under Article III of the United States Constitution.

## FIRST CLAIM FOR RELIEF

### (Breach Of Contract Against Davis)

2.     On or about September 24, 2013, KOO entered into a subcontract agreement ("Subcontract") with Davis pursuant to which Davis was to furnish the complete plumbing works for the federal project known as the Child Development Center, Murphy Canyon Naval Base, San Diego, California.  Specifically, pursuant to Section 2 of the Subcontract, Davis's work was to be performed in a timely manner and in accordance with NAVFAC Final RFP Documents dated April 2012 (Parts 1 to Part 6), Amendments 1-7, Dean Unger Plans and Specifications dated August 26, 2013.  The Subcontract is found at Exhibit A to Davis's complaint.

3.     Section 5 of the Subcontract provides that "[t]ime is of the essence" and that Davis was to perform its work in accordance with KOO's progress schedule.  Davis, however, failed to perform its subcontract obligations to KOO in that, among other things, Davis failed to perform its work in a timely and efficient manner and accordance with the Project schedule and further failed to accelerate its work to make-up for its delays.

4.     Section 7 of the Subcontract provides that "If Subcontractor should default in performance of the work described in Section 2 or should otherwise commit any act which cause delay to the prime contract work, Subcontractor shall be liable for all losses, costs, expenses, liabilities and damages, including consequential and liquidated damages, sustained by Contractor, or for which Contractor may be liable to Owner or any other party because of Subcontractor's default."

5.      KOO has performed all obligations to Davis except those obligations KOO was prevented or excused from performing.

6.      As a result of Davis' failure to perform, KOO and its subcontractors, in turn, were delayed in performing other Project work and in reaching substantial completion of the Project.  As a further result of Davis' failure to perform, KOO has suffered and continues to suffer damages including that the Department of the Navy is withholding from KOO a significant amount of contract funds for late completion of the Project.

## PRAYER FOR RELIEF

WHEREFORE, KOO prays for relief as follows:

1.      That the Court find that Davis breached its subcontract obligations to KOO;

2.      That the Court find that as a result of Davis' breach, KOO is entitled to damages in an amount to be proven at trial;

3.      For costs of suit incurred herein;

4.      For reasonable attorney's fees; and

5.      For such other and further relief as the Court may deem just and proper.

Dated:  October 19, 2015                    ROGERS JOSEPH O'DONNELL


By: _____*/s/ Patricia A. Meagher*_____
      PATRICIA A. MEAGHER
Attorneys for Defendant
K.O.O. CONSTRUCTION, INC.

Defendant K.O.O. Construction, Inc.'s Counterclaim Against Hudson P. Davis, Inc. dba Davis Mechanical
Case No. 3:15-cv-02049-JAH-WVG

368445.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below, I filed the foregoing document with the United States District Court, Southern District of California by using the CM/ECF system.

**DEFENDANT K.O.O. CONSTRUCTION, INC.'S COUNTERCLAIM AGAINST HUDSON P. DAVIS, INC. dba DAVIS MECHANICAL**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

### NAMES AND ADDRESSES OF PARTIES SERVED:

| | |
|---|---|
| Murray M. Helm, Jr., Esq.<br>Law Offices of Murray M. Helm, Jr.<br>550 West "C" Street, Ste. 115<br>San Diego, CA 92101 | Attorneys for Plaintiff<br>Tel. No. 619.234-6744<br>Fax No. 619.234.6860<br>E-mail:  mhelm@helmlaw.com |
| Michael J Timpane<br>Salamirad, Morrow, Timpane & Dunn<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104 | Attorneys for Defendant Travelers Casualty and Surety Company of America<br>Tel. No.:415.946.8991<br>Fax No.: 415.946.8993<br>E-mail:  mt@smtdlaw.com, ag@smtdlaw.com,<br>sq@smtdlaw.com |

I further certify that no Service by Mail was made since there are no non-filing users.

Dated:  October 19, 2015            ROGERS JOSEPH O'DONNELL


By_____/s/ Patricia A. Meagher_____
            PATRICIA A. MEAGHER

Attorneys for Defendant K.O.O. Construction, Inc.

Defendant K.O.O. Construction, Inc.'s Counterclaim Against Hudson P. Davis, Inc. dba Davis Mechanical
Case No. 3:15-cv-02049-JAH-WVG

368445.1